No. 95–7586. HICKS v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–7599. LEVI v. HAWK, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–7603. JACKSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–7605. NUSS v. OFFICE OF PERSONNEL MANAGEMENT. C. A. 10th Cir. Certiorari denied.

No. 95–7624. CURIALE v. SEDWICK, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA. C. A. 9th Cir. Certiorari denied.

No. 95–7627. HEATH v. GUNTER ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–7628. EDMOND v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 95–7629. HAWKINS v. RIVELAND, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 95–7631. DREAD v. MARYLAND STATE POLICE. Ct. Sp. App. Md. Certiorari denied.

No. 95–7654. GARCHOW v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 95–7670. COLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7695. STUMP v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7703. HAWKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7706. MANN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.